IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02185-RTG

ALEX HEADLEY, Estate of the Decedent James Headley,

    Plaintiff,

v.

CHRYSLER CAPITAL, trademarked through FCA LLC and licensed under Santander Consumer USA Inc,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 28, 2025, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 28 day of August, 2025.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ J. Roberts
    Deputy Clerk